**No. P69/44.**—United China & Glass Co. *v.* United States, protest 66/45555 (Miami).

**No. P69/45.**—United China & Glass Co. *v.* United States, protests 67/63604 and 67/68578 (Los Angeles).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bobbing head figures similar in all material respects to those the subject of *Wilson's Customs Clearance, Inc.* v. *United States* (59 Cust. Ct. 36, C.D. 3061), and that said merchandise is wholly or in chief value of papier mache, the claim of the plaintiff was sustained.